# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1077
Lower Tribunal No. 20-602-A-K
_____

**Michael Lewis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark Wilson, Judge.

Michael Lewis, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed without prejudice to raise any claim of ineffective assistance

of counsel in a timely motion for postconviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850.  See Reid v. State, 237 So. 3d 1083 (Fla. 3d DCA 2017).